### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DEQUINDRAE TURNER** | **Case No.: 4:23-CR-00007-CDL-MSH-1** |

### ORDER

Defendant was indicted on March 14, 2023, ECF. 1, and arraigned on April 5, 2023, ECF. 17. A Pretrial Conference is currently scheduled for May 10, 2023. Defendant requests a continuance and the government does not oppose. Specifically, Defendant needs need additional time to review discovery with Mr. Turner and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>September 2023 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **8th** day of **May, 2023**.

S/Clay D. Land_____
Clay D. Land, U.S. District Judge
