IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 4:23-CR-7-CDL-MSH |
| v. : | |
| : | |
| DEQUINDRAE TURNER, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE IN THE INTEREST OF JUSTICE

Turner was indicted on March 14, 2023, and arraigned on April 5, 2023. (ECF No. 1 & 12). The Pretrial Conference is currently scheduled for January 24, 2024. The parties jointly request a continuance. Specifically, the parties will need additional time to conduct investigation, and Counsel will need additional time to further discuss the government's case in chief with Turner.

**IT IS HEREBY ORDERED** that the above-referenced matter be continued to next term of Court set for **September 2024** and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.

The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Mr. Jones, and the government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 17th day of January, 2024.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE